**Fill in this information to identify your case:**

Debtor 1  Doodnath Ramdhanie
          First Name    Middle Name    Last Name

Debtor 2  Soogie Doodnath
(Spouse if, filing)  First Name    Middle Name    Last Name

United States Bankruptcy Court for the: MIDDLE DISTRICT OF FLORIDA

Case number   6:17-bk-07523
(if known)

☐ Check if this is an amended filing

# Official Form 108
# Statement of Intention for Individuals Filing Under Chapter 7    12/15

**If you are an individual filing under chapter 7, you must fill out this form if:**
■ creditors have claims secured by your property, or
■ you have leased personal property and the lease has not expired.

You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form

If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).

**Part 1:  List Your Creditors Who Have Secured Claims**

1. **For any creditors that you listed in Part 1 of Schedule D: Creditors Who Have Claims Secured by Property (Official Form 106D), fill in the information below.**

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: Real Time Resolutions<br><br>Description of property securing debt: 2111 Carbine Court Kissimmee, FL 34743 Osceola County Valuation based on Oct 2017 appraisal. | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>■ Retain the property and [explain]: Debtors are attempting a reorgainzation of this mortgage outside bankruptcy. | ■ No<br>☐ Yes |
| Creditor's name: Wells Fargo Hm Mortgage<br><br>Description of property securing debt: 2111 Carbine Court Kissimmee, FL 34743 Osceola County Valuation based on Oct 2017 appraisal. | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>■ Retain the property and [explain]: Debtors are attempting a reorgainzation of this mortgage outside bankruptcy. | ■ No<br>☐ Yes |

**Part 2:  List Your Unexpired Personal Property Leases**
**For any unexpired personal property lease that you listed in Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G), fill in the information below. Do not list real estate leases. Unexpired leases are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).**

Debtor 1  Doodnath Ramdhanie
Debtor 2  Soogie Doodnath                                      Case number (*if known*)  6:17-bk-07523

| **Describe your unexpired personal property leases** | **Will the lease be assumed?** |
|---|---|
| Lessor's name:<br>Description of leased Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased Property: | ☐ No<br>☐ Yes |

**Part 3:    Sign Below**

**Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.**

| **X** /s/ Doodnath Ramdhanie | **X** /s/ Soogie Doodnath |
|---|---|
| Doodnath Ramdhanie | Soogie Doodnath |
| Signature of Debtor 1 | Signature of Debtor 2 |
| Date    May 18, 2018 | Date    May 18, 2018 |

# United States Bankruptcy Court
## Middle District of Florida

| | | | |
|---|---|---|---|
| In re | Doodnath Ramdhanie<br>Soogie Doodnath | Case No. | 6:17-bk-07523 |
| | Debtor(s) | Chapter | 7 |

## RULE 1019 SCHEDULE OF POST PETITION DEBTS

| | Creditor name and mailing address | Category of Claim | Amount of Claim |
|---|---|---|---:|
| 1. | American Medical Resp-WFL<br>50 South Main Street<br>Suite 401<br>Akron, OH 44308-1829 | Unsecured claims | 541.25 |
| 2. | FL Emerg Phys Kang & Assoc<br>PO Box 740022<br>Cincinnati, OH 45274-0022 | Unsecured claims | 1,653.00 |
| 3. | FL Emerg Phys Kang & Assoc<br>PO Box 459077<br>Fort Lauderdale, FL 33345-9077 | Unsecured claims | 0.00 |
| 4. | Orlando Fire Dept.<br>7900 NW 154 Street<br>Suite 201<br>Hialeah, FL 33016 | Unsecured claims | 1,027.89 |
| 5. | Orlando Fire Dept.<br>PO Box 741517<br>Atlanta, GA 30374-1517 | Unsecured claims | 0.00 |
| 6. | Radiology Specialists of FL<br>PO Box 864552<br>Orlando, FL 32886 | Unsecured claims | 108.14 |

## DECLARATION

We, the above named Debtor(s), declare under penalty of perjury that we have read the foregoing Rule 1019 Schedule of Post Petition Debts and that it is true and correct to the best of our information and belief.

| | | | |
|---|---|---|---|
| Date | May 18, 2018 | Signature | /s/ Doodnath Ramdhanie<br>Doodnath Ramdhanie<br>Debtor |
| Date | May 18, 2018 | Signature | /s/ Soogie Doodnath<br>Soogie Doodnath<br>Joint Debtor |

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Middle District of Florida

In re: Doodnath Ramdhanie, Soogie Doodnath  
Debtor(s)

Case No.: 6:17-bk-07523  
Chapter: 7

## NOTICE OF CONVERSION FROM CHAPTER 13 TO CHAPTER 7

PLEASE TAKE NOTICE that on May 18, 2018, the above-captioned Chapter 13 case was converted to Chapter 7 pursuant to 11 U.S.C. §1307(a) and Federal Rule of Bankruptcy Procedure 1017(f)(3).

Date: May 18, 2018  
Signature: /s/ Doodnath Ramdhanie  
Doodnath Ramdhanie  
Debtor

Date: May 18, 2018  
Signature: /s/ Soogie Doodnath  
Soogie Doodnath  
Joint Debtor

Attorney: /s/ Alejandro Rivera, Esq.  
Alejandro Rivera, Esq. 90038

Alejandro Rivera P.A.  
A Law Firm  
1400 W Oak St., Ste. F  
Kissimmee, FL 34741-4000  
407-518-7160  
Fax: 407-518-7678  
Rivera@RiveraAtLaw.com