**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 17-07523 | KSJ | Judge: | Karen S. Jennemann | Trustee Name: | Marie E. Henkel |
|---|---|---|---|---|---|---|
| Case Name: | Doodnath Ramdhanie | | | | Date Filed (f) or Converted (c): | 05/18/2018 (c) |
| | Soogie Doodnath | | | | 341(a) Meeting Date: | 06/26/2018 |
| For Period Ending: | 09/30/2018 | | | | Claims Bar Date: | 07/31/2018 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 2111 Carbine Court Kissimmee Fl 34743-0000 Osceola | 193,000.00 | 193,000.00 | | 0.00 | 0.00 |
| 2. 2009 Nissan Rogue Mileage: 95,000 | 3,516.00 | 3,516.00 | | 0.00 | FA |
| 3. Used Household Goods And Furnishings: Bed, Couch, Kitchen Table & Chairs | 500.00 | 0.00 | | 0.00 | FA |
| 4. Used Electronics: Television, Mobile Phone | 100.00 | 0.00 | | 0.00 | FA |
| 5. Used Treadmill | 75.00 | 0.00 | | 0.00 | FA |
| 6. Used Clothing And Shoes | 50.00 | 0.00 | | 0.00 | FA |
| 7. Misc. Costume Jewelry | 10.00 | 0.00 | | 0.00 | FA |
| 8. Cash | 15.00 | 0.00 | | 0.00 | FA |
| 9. Chase Bank | 300.00 | 0.00 | | 0.00 | FA |
| 10. Mid-Florida Credit Union | 763.00 | 0.00 | | 0.00 | FA |
| 11. Mid-Florida Credit Union (Regular Savings Account & Holiday Club Account) | 50.95 | 0.00 | | 0.00 | FA |
| 12. Td Bank | 2,400.00 | 0.00 | | 0.00 | FA |
| 13. Td Bank | 940.41 | 0.00 | | 0.00 | FA |
| 14. Genworth Financial | 45,355.90 | 0.00 | | 0.00 | 45,355.90 |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)  $247,076.26  $196,516.00  $0.00  $45,355.90

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee is marketing asset # 1 as short sale
05/18/18 Case converted from Ch 13 to Ch 7
07/10/18 Motion for relief re asset # 1
07/19/18 Application to employ special counsel
        Response to Motion for Relief
07/20/18 Order authorizing employment of special counsel
08/02/18 Application to employ realtors
08/03/18 Order authorizing employment of realtors
08/10/18 Claims review complete
08/27/18 Order granting secured creditor relief (effective 11/16/18)
09/13/18 Motion for Turnover of asset # 1
10/04/18 Debtor's Response to Motion for Turnover
        Notice of Hearing (11/01/18 @ 11 am)


RE PROP #        2    --    VIN JN8AS58T69W060891

Initial Projected Date of Final Report (TFR): 03/31/2019        Current Projected Date of Final Report (TFR): 03/31/2019

Trustee Signature:    /s/ Marie E. Henkel    Date: 10/31/2018

        Marie E. Henkel
        3560 S. Magnolia Ave.
        Orlando, FL  32806
        (407) 438-6738
        mehenkel@yahoo.com

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |  | | |
|---|---|---|---|---|
| Case No: | 17-07523 | Trustee Name: | Marie E. Henkel | |
| Case Name: | Doodnath Ramdhanie | Bank Name: | Union Bank | |
| | Soogie Doodnath | Account Number/CD#: | XXXXXX0065 | |
| | | | Checking | |
| Taxpayer ID No: | XX-XXX1166 | Blanket Bond (per case limit): | $23,516,752.00 | |
| For Period Ending: | 09/30/2018 | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | No Transactions | | | | | $0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $0.00 | $0.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $0.00 | $0.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $0.00 |

Page Subtotals:    $0.00    $0.00

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0065 - Checking | $0.00 | $0.00 | $0.00 |
|  | $0.00 | $0.00 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| Total Allocation Receipts: | $0.00 |
|---|---|
| Total Net Deposits: | $0.00 |
| Total Gross Receipts: | $0.00 |

Trustee Signature:     /s/ Marie E. Henkel     Date: 10/31/2018

Marie E. Henkel
3560 S. Magnolia Ave.
Orlando, FL  32806
(407) 438-6738
mehenkel@yahoo.com

Page Subtotals:        $0.00        $0.00